# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARLENE PASSARELLO | CIVIL ACTION NO.   07-0477 |
| VERSUS | SECTION "K"<br>HON. STANWOOD R. DUVAL, JR. |
| STANDARD PARKING<br>CORPORATION | MAGISTRATE "2"<br>HON. JOSEPH WILKINSON, JR. |

## O R D E R

IT IS HEREBY ORDERED that, pursuant to 28 USC 1447, the Joint Motion to Remand Action to State Court is GRANTED this action is hereby remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, from which it was removed. A certified copy of this Order shall be mailed by the clerk of this court to the clerk of the State court.

New Orleans, Louisiana, this 6th day of December, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge